IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
|  | **ELECTRONICALLY FILED** |
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and UMG RECORDINGS, INC., a Delaware corporation, | Misc. Action No. _____<br>Civ. Act. No. 03-cv-11446-NG<br>(ORIGINAL DOCKET NUMBER)<br>(DISTRICT OF MASSACHUSETTS) |
| Plaintiffs, |  |
| v. |  |
| JOEL TENENBAUM, |  |
| Defendant. |  |

## PLAINTIFFS' MOTION TO COMPEL RESPONSE TO SUBPOENA ISSUED TO THIRD-PARTY, TOVA TENENBAUM

Plaintiffs respectfully move this Court to enter an Order compelling Tova Tenenbaum to produce CDR's in her possession, custody or control, created by and given to her by her brother, Joel Tenenbaum. Plaintiffs sought the CDRs pursuant to a lawful subpoena issued to her and served on October 16, 2008. Ms Tenebaum objected to that subpoena, thereby necessitating this Motion. In support of this Motion, Plaintiffs hereby incorporate by reference their Memorandum of Law and supporting exhibits, being filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request an order compelling Tova Tenenbaum to produce the CDRs at a mutually convenient time and location within 5 days of this Court's Order.[1]

Dated: 11/5/08                By:    s/ Geoffrey L. Beauchamp
                                     Geoffrey L. Beauchamp, Esq. (No. 40380)
                                     Geoffrey L. Beauchamp, P.C.
                                     1015 York Road
                                     Willow Grove, PA 19090
                                     Telephone: (267) 781-0615
                                     Facsimile: (215) 706-0895
                                     E-mail: GLBLaw@comcast.net

                                     Attorneys for Plaintiffs

---

[1] This short time frame is necessary given the currently scheduled trial date of December 1, 2008.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 6, 2008, a copy of the foregoing **PLAINTIFFS' MOTION TO COMPEL RESPONSE TO SUBPOENA ISSUED TO THIRD-PARTY, TOVA TENENBAUM** was served upon Tova Tenenbaum's counsel via e-mail and United States Mail at the following address:

Charles Nesson, Esq.
1575 Massachusetts Avenue
Cambridge, MA 02138
*nesson@gmail.com*
*Attorney for the Defendant, Joel Tenenbaum and third-party Tova Tenenbaum*

/s/Geoffrey L. Beauchamp
Geoffrey L. Beauchamp, Esq. (No. 40380)
Geoffrey L. Beauchamp, P.C.
1015 York Road
Willow Grove, PA 19090
Telephone: (267) 781-0615
Facsimile: (215) 706-0895
E-mail: GLBLaw@comcast.net

Attorneys for Plaintiffs